IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| ELIAS ZUNIGA ZARAGOZA | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 7:23-cv-00091 |
| | § | |
| WAL-MART STORES TEXAS, LLC | § | |
| Defendant. | § | JURY DEMANDED |

## NOTICE OF REMOVAL OF ACTION
## UNDER 28 U.S.C. §§ 1332 and 1441(DIVERSITY)

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

COMES NOW WAL-MART STORES TEXAS, LLC, Defendant in the above entitled and numbered cause, and files this Notice of Removal of the present cause from the 332nd Judicial District Court of Hidalgo County, Texas, in which it is now pending, to the United States District Court for the Southern District of Texas, McAllen Division, showing the Court in support as follows:

1. This cause was commenced in the 332nd Judicial District Court of Hidalgo County, Texas, on February 28, 2023, when Plaintiff's Original Petition was filed in Cause No. C-0840-23-F, wherein Plaintiff named WAL-MART STORES TEXAS, LLC, as the sole Defendant. A copy of Plaintiff's Original Petition is attached hereto and incorporated herein for all purposes.

2. Defendant WAL-MART STORES TEXAS, LLC (hereinafter "Defendant") was served with a copy of Plaintiff's Original Petition on March 6, 2023. A copy of the Citation indicating date of service is attached hereto and incorporated herein for all purposes.

3. Plaintiff filed this civil action against Defendant asserting premises liability and

*Defendant's Notice of Removal of Action*
26,099

*Page 1*

negligence claims allegedly arising from slip-and-fall incident which is claimed to have occurred on December 4, 2022, while Plaintiff was a patron at Defendant's premises located at 1724 West University Drive, Edinburg, Hidalgo County, Texas 78539. Pl.'s Orig. Pet. at ¶5.01.

4. Defendant filed a responsive pleading in State Court on March 20, 2023, a copy of which is attached hereto and incorporated herein for all purposes.

5. Plaintiff is an individual residing in Hidalgo County in the State of Texas. Pl.'s Orig. Pet. at ¶3.01. Plaintiff was at the time of the filing of this lawsuit, and remains, a citizen of the State of Texas.

6. Defendant is not a citizen of the State of Texas. WAL-MART STORES TEXAS, LLC is a citizen of the States of Delaware and Arkansas.

7. WAL-MART STORES TEXAS, LLC was at the time of the filing of Plaintiff's Original Petition and is at the time of filing of this Notice of Removal, a limited liability company existing under the laws of the State of Delaware with its principal office and residence in Bentonville, Arkansas.

8. WAL-MART STORES TEXAS, LLC has one member, Wal-Mart Real Estate Business Trust. Wal-Mart Real Estate Business Trust was, at the time of the filing of Plaintiff's Original Petition and is at the time of filing of this Notice of Removal, a Delaware Statutory Trust with its principal office and residence in Bentonville, Arkansas. The sole shareholder of Wal-Mart Real Estate Business Trust is Wal-Mart Property Co.

9. Wal-Mart Property Co. is not a citizen of the State of Texas. Wal-Mart Property Co. was, at the time of the filing of Plaintiff's Original Petition and is at the time of filing of this Notice of Removal, a corporation organized and existing under the laws of the State of Delaware with its principal office and residence in Bentonville, Arkansas.

10. Complete diversity of citizenship exists between the adverse parties in the present cause for the purposes of federal removal jurisdiction pursuant to 28 U.S.C. §1441.

11. Plaintiff claims in her Original Petition that she is seeking "monetary relief more than $1,000,000." Pl.'s Orig. Pet. at ¶2.01. Therefore, the amount in controversy herein exceeds $75,000.00, exclusive of interest and costs.

12. This lawsuit is one over which this Court has original jurisdiction under the provisions of Title 28, United States Code §§ 1332 and 1441(a) in that it is a civil action between completely diverse parties and that amount in controversy exceeds the sum or value of $75,000.00, exclusive of interest and costs.

13. This Notice of Removal is timely filed in accordance with 28 U.S.C. §1446(b), in that it is filed within thirty (30) days of the service of Plaintiff's Original Petition on Defendant and within one year of the initial filing of the lawsuit.

14. Upon filing of this Notice of Removal of this cause, written notice of the filing by Defendant to Plaintiff has been provided as required by law. A copy of this Notice is also being filed with the Clerk of the State Court in which this cause was originally filed.

15. Defendant hereby requests a trial by jury.

WHEREFORE, PREMISES CONSIDERED, Defendant prays for removal of the above entitled and numbered cause from the 332nd Judicial District Court of Hidalgo County, Texas to this Honorable Court.

Respectfully submitted,

COLVIN, SAENZ, RODRIGUEZ & KENNAMER L.L.P.

By: */s/Jaime A. Saenz*
      Jaime A. Saenz
      Texas Bar No. 17514859
      Southern District Admissions No. 7630
      Email: ja.saenz@rcclaw.com
      Jacob T. Casso
      Texas Bar No. 24116178
      Southern District Admissions No. 3509760
      Email: jt.casso@rcclaw.com
      1201 East Van Buren Street
      Brownsville, TX 78520
      (956) 542-7441
      (956) 541-2170 (Fax)

ATTORNEYS FOR DEFENDANT

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of this document was served upon all counsel of record using the CM/ECF system on this the 21st day of March 2023. Notice of this filing will be sent electronically to all known counsel of record.

      */s/Jaime A. Saenz*
      JAIME A. SAENZ